**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2230**

_____

ABIEL BRATHWAITE,

  Plaintiff - Appellant,

  v.

ANTHONY GEORGIADES, Police Officer-Maryland Transportation Authority Police; DAVID SPALT, Police Officer-Maryland Transportation Authority Police; JUSTIN AMBUSH, Police Officer-Maryland Transportation Authority Police,

  Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Adam B. Abelson, District Judge.  (1:23-cv-00277-ABA)

_____

Submitted:  August 21, 2025                    Decided:  August 25, 2025

_____

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Abiel Brathwaite, Appellant Pro Se.  Ryan Robert Dietrich, Assistant Attorney General, Civil Division, James Gino Gentile, III, Assistant Attorney General, Maryland Transportation Authority, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abiel Brathwaite appeals the district court's order dismissing his civil action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Brathwaite v. Georgiades*, No. 1:23-cv-00277-ABA (D. Md. Dec. 13, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*